UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
and CLERK OF COURT

FILED
2016 FEB -1  P 12: 19
US DISTRICT COURT

DOCKETING SECTION
404-215-1655

January 27, 2016

Clerk of Court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

3:16CR 22 VLB
V.L.B.

Re: USA vs. Jeremy Shane Bates
Our Criminal Action No.: 1:03-cr-136-CC-JMF-1

Dear Clerk:

Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

Enclosed are certified copies of the indictment, judgment and docket sheet for your records. Please note that our Federal Record Center only had the first page of the Judgment, Doc. No. 19. Please use the Docket Sheet for the sentencing disposition. Our apologies for any inconvenience this may cause.

Please acknowledge receipt of these documents by returning the enclosed copy to this office.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: __s/C. Mercado__
Deputy Clerk

copies via NEF to:

USAO, FLU, Atlanta with copy of transfer order
Financial Section
File

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |  |
|---|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | 1:03CR-136-CC | |
| FILED 2016 FEB -1 P 12:19 | | | DOCKET NUMBER *(Rec. Court)* 3:16CR22 VLB | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Jeremy Shane Bates | US DISTRICT COURT HARTFORD CT | DISTRICT  Northern District of Georgia | DIVISION  Atlanta | |
| | | NAME OF SENTENCING JUDGE  Honorable Honorable Clarence Cooper | | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM | TO |
| OFFENSE  Bank Robbery  Bank Robbery | | | FILED IN CLERK'S OFFICE  U.S.D.C. - Atlanta  JAN 13 2016  JAMES N. HATTEN, Clerk  By: _____ Deputy Clerk | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District District of Connecticut upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 11/16/15 | /S/ Clarence Cooper |
|---|---|
| Date | Honorable Clarence Cooper  United States District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Connecticut

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12/10/15 | ATTEST: A TRUE COPY CERTIFIED THIS  JAN 27 2016 | /S/ Janet C. Hall |
|---|---|---|
| Effective Date | | Honorable  United States District Judge |

JAMES N. HATTEN, CLERK  
By: _____ Deputy Clerk

CLOSED,TransSup

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00136-CC-JMF-1
### Internal Use Only

Case title: USA v. Bates
Magistrate judge case number: 1:03-mj-00212

Date Filed: 03/04/2003
Date Terminated: 09/03/2003

Assigned to: Judge Clarence Cooper
Referred to: Magistrate Judge Joel M. Feldman

**Defendant (1)**

**Jeremy Shane Bates**
*TERMINATED: 09/08/2003*

represented by **Jimmy Hardy**
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: JHardy617@gmail.com
*TERMINATED: 09/08/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2113(a) BANK ROBBERY BY FORCE OR VIOLENCE
(1)

**Disposition**

CBOP 70 MONTHS as to count one of 1:03-cr-136 and 70 MONTHS as to count one of 1:03-cr-328, sentences to run concurrently for a total sentence of 70 MONTHS. 3 years supervised release. $200 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

ATTEST: A TRUE COPY
CERTIFIED THIS
JAN 27 2016
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

**USA**                                                        represented by **Eleanor Louise Ross**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: eleanor.ross@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2003 | 1 | Magistrate's complaint as to Jeremy Shane Bates (1). [ 1:03-m -212 ] (daf) (Entered: 02/18/2003) |
| 02/14/2003 | 2 | INITIAL APPEARANCE HEARING held for Jeremy Shane Bates before Mag Judge Janet F. King. VERBAL ORDER preliminary exam set for 2/20/03 at 9:30 a.m. , Detention hearing set for 2/20/03 at 9:30 a.m. [ 1:03-m -212 ] (ddm) (Entered: 02/20/2003) |
| 02/14/2003 | 3 | ORDER by Mag Judge Janet F. King as to Jeremy Shane Bates, Appointing Public Defender as Counsel Jimmy Hardy . [ 1:03-m -212 ] (ddm) (Entered: 02/20/2003) |
| 02/14/2003 | 4 | Motion by USA as to Jeremy Shane Bates for detention . [ 1:03-m -212 ] (ddm) (Entered: 02/20/2003) |
| 02/14/2003 | 5 | Magistrate's temporary commitment pending hearing of Jeremy Shane Bates issued by Mag Judge Janet F. King. Hearing set for 2/20/03 at 9:30 a.m. [ 1:03-m -212 ] (ddm) (Entered: 02/20/2003) |
| 02/20/2003 |   | Preliminary examination for Jeremy Shane Bates before Mag Judge Janet F. King. VERBAL ORDER finding probable cause, defendant is held to District Court. [ 1:03-m -212 ] (ddm) (Entered: 02/24/2003) |
| 02/20/2003 | 6 | Detention hearing held for Jeremy Shane Bates before Mag Judge Janet F. King. [ 1:03-m -212 ] (ddm) (Entered: 02/24/2003) |
| 02/20/2003 | 7 | ORDER by Mag Judge Janet F. King as to Jeremy Shane Bates GRANTING [4-1] motion for detention pending trial. [ 1:03-m -212 ] |

| | | |
|---|---|---|
| | | (ddm) (Entered: 02/24/2003) |
| 03/04/2003 | 1 | INDICTMENT filed. Jeremy Shane Bates (1) count(s) 1. (ddm) (Entered: 03/10/2003) |
| 03/04/2003 | 2 | Defendant Information Sheet for Jeremy Shane Bates. (ddm) (Entered: 03/10/2003) |
| 03/04/2003 | 3 | Request for arraignment as to Jeremy Shane Bates. (ddm) (Entered: 03/10/2003) |
| 03/07/2003 | 4 | WRIT ISSUED on March 7, 2003 for writ of habeas corpus ad prosequendum as to Jeremy Shane Bates. (ddm) (Entered: 03/10/2003) |
| 03/19/2003 | 5 | ARRAIGNMENT HELD before Mag Judge Linda T. Walker. Case assigned to Judge Clarence Cooper. Pretrial referral to Mag Judge Joel M. Feldman as to Jeremy Shane Bates. PLEA OF NOT GUILTY. (daf) (Entered: 03/20/2003) |
| 03/25/2003 | 6 | Pretrial order setting pretrial conference for 4/4/03 at 10:00 a.m. by Mag Judge Joel M. Feldman as to Jeremy Shane Bates. (copies served by magistrate) (daf) (Entered: 03/26/2003) |
| 04/02/2003 | 7 | MOTION by Jeremy Shane Bates for discovery with brief in support. (daf) (Entered: 04/03/2003) |
| 04/02/2003 | 8 | MOTION by Jeremy Shane Bates to suppress statements with brief in support. (daf) (Entered: 04/03/2003) |
| 04/02/2003 | 9 | MOTION by Jeremy Shane Bates to preserve evidence with brief in support. (daf) (Entered: 04/03/2003) |
| 04/02/2003 | 10 | MOTION by Jeremy Shane Bates for inventory of seized items , and for return of seized property with brief in support. (daf) (Entered: 04/03/2003) |
| 04/02/2003 | 11 | MOTION by Jeremy Shane Bates of intent to rely upon other crimes evidence with brief in support. (daf) (Entered: 04/03/2003) |
| 04/02/2003 | 12 | MOTION by Jeremy Shane Bates to suppress , and for government notice of intent to use evidence arguably subject to suppression with brief in support. (daf) (Entered: 04/03/2003) |
| 04/04/2003 | 13 | PRE-TRIAL CONFERENCE HELD before Mag Judge Joel M. Feldman as to Jeremy Shane Bates GRANTING [11-1] motion of intent to rely upon other crimes evidence, GRANTING [10-1] motion for inventory of seized items, GRANTING [10-2] motion for return of seized property, GRANTING [9-1] motion to preserve evidence, DEFERRING ruling on [8-1] motion to suppress statements, GRANTING [7-1] motion for discovery, [12-1] motion to suppress taken under ADVISEMENT, and [12-2] motion for government notice of intent to use evidence arguably subject to suppression taken under ADVISEMENT, defendant to perfect within 10 days, evidentiary hearing set for 4/14/03 at 10:00 a.m. (daf) (Entered: 04/09/2003) |

| 04/16/2003 | 14 | ORDER DECLARING CASE READY FOR TRIAL by Mag Judge Joel M. Feldman as to Jeremy Shane Bates. The [12-1] motion to suppress, [12-2] motion for government notice of intent to use evidence arguably subject to suppression, and [8-1] motion to suppress statements WITHDRAWN. (copies served by magistrate and forwarded to courtroom deputy) (daf) (Entered: 04/17/2003) |
|---|---|---|
| 04/21/2003 | 15 | Notice of trial calendar set for 11:00 a.m. on 5/19/03 for Jeremy Shane Bates. (cc: by courtroom deputy clerk) (daf) (Entered: 04/22/2003) |
| 06/05/2003 | 16 | Notice of sentence set for 9:30 9/3/03 for Jeremy Shane Bates. (cc: by courtroom deputy clerk) (ddm) (Entered: 06/06/2003) |
| 06/05/2003 | 17 | ARRAIGNMENT on change of plea held before Judge Clarence Cooper as to Jeremy Shane Bates. PLEA OF GUILTY by Jeremy Shane Bates (1) to count 1. Plea agreement between defendant and government. Sentence set for 9:30 a.m. on 9/3/03 for Jeremy Shane Bates. (daf) (Entered: 06/06/2003) |
| 09/03/2003 | 18 | Sentencing as to Jeremy Shane Bates before Judge Clarence Cooper. Court Reporter: Donna Keeble (sjk) Modified on 09/10/2003 (Entered: 09/10/2003) |
| 09/08/2003 | 19 | JUDGMENT AND COMMITMENT Jeremy Shane Bates (1) count(s) 1. CBOP 70 MONTHS as to count one of 1:03-cr-136 and 70 MONTHS as to count one of 1:03-cr-328, sentences to run concurrently for a total sentence of 70 MONTHS. 3 years supervised release. $200 special assessment. $1769.71 restitution to Bank of Commerce and BB&T. Signed by Judge Clarence Cooper (cc:USA,USM,USPO,PSA,DFT,CNSL,FIN) (sjk) Modified on 09/10/2003 (Entered: 09/10/2003) |
| 09/10/2003 | | Case terminated. (sjk) (Entered: 09/10/2003) |
| 10/30/2003 | | Steno notes of proceedings held as to Jeremy Shane Bates 9/3/03 before Judge Clarence Cooper , by Court Reporter Donna Keeble. (shb) (Entered: 10/30/2003) |
| 11/13/2003 | 20 | Return of service executed 11/4/03 as to Jeremy Shane Bates. Dft delivered to ALP. (sjk) (Entered: 11/14/2003) |
| 01/13/2016 | 21 | Supervised Release Jurisdiction Transferred to USDC District of Connecticut as to Jeremy Shane Bates. (Attachments: # 1 Letter from USPO)(cem) (Entered: 01/27/2016) |
| 01/27/2016 | 22 | Transmitted Transfer of Jurisdiction form as to Jeremy Shane Bates re: 21 Transfer Out/Supervised Release with certified copies of indictment, judgment and docket sheet. (cem) (Entered: 01/27/2016) |



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. 1:03CR136 |
| | : | |
| JEREMY SHANE BATES | : | |

THE GRAND JURY CHARGES THAT:

On or about February 13, 2003, in the Northern District of Georgia, the defendant, JEREMY SHANE BATES, did unlawfully, take by force and violence, and by intimidation, from the person and presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of National Bank of Commerce, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A _____True_____ BILL

_____
FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

*Eleanor L. Ross*
ELEANOR L. ROSS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6036
404-581-6181 (fax)
Georgia Bar No. 039351

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 27 2016

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**ORIGINAL**

FILED IN CLERK'S OFFICE
09/08/2003
Luther D. Thomas, Clerk
By: /s/ Patsy L. Jennings
Deputy Clerk

Page 1 of 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

JEREMY SHANE BATES

Case No. 1:03-CR-136-CC and
1:03-CR-328-CC

Defendant's Attorney:
Jimmy Hardy

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count(s) 1 of the Indictment in 1:03-CR-136-CC and plead guilty to Count One of the Information in 1:03-CR-328-CC.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery | 1 (1:03-CR-136-CC) |
| 18 U.S.C. 2113 | Bank Robbery | 1 )1:03-CR-328-CC) |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 200.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ............................
Defendant's Date of Birth:
Defendant's Mailing Address:

Date of Imposition of Sentence:
September 3, 2003

Signed this the 8th day of September, 2003.

ATTEST: A TRUE COPY
CERTIFIED THIS

SEP 1 0 2003

Luther D. Thomas, Clerk
By: Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 2 7 2016

JAMES N. HATTEN, CLERK
By: Deputy Clerk

/S/ Clarence Cooper
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

**ENTERED ON DOCKET**

SEP 1 0 2003

L.D.T., CLERK

DEPUTY CLERK

19