**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

**NOTICE REGARDING DESIGNATION OF CASE INTO ELECTRONIC FILING
SYSTEM AND ELECTRONIC FILING OF PAPERS**

**Effective October 10, 2007, all criminal cases assigned to the Hon. Vanessa L. Bryant are designated as electronically filed ("e-filed") cases subject to the enclosed Electronic Filing Order. All pleadings will be required to be filed electronically. Counsel are hereby notified that the procedures contained in the District's CM/ECF Policies and Procedures Manual as well as Judge Bryant's Electronic Filing Order apply. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward. Documents filed electronically must be filed in OCR text searchable PDF format.**

**Any requests for an exemption to such designation must be filed within 10 days of appearing and will be considered for good cause hardship reasons only. If counsel believe that this case should not be designated as an e-filed case, or if doing so would present an undue burden on counsel or the parties, you must advise the court of the same by filing a pleading seeking to be exempt. (Such a request may be filed non-electronically.) Pleadings shall be filed in Arial 12 point font (in bold).**

**Attorneys are advised to participate in the training program offered by the Clerk's Office or to use the CM/ECF Tutorial on our website (www.ctd.uscourts.gov/cmecf) to become familiar with the system. Counsel, if not already registered, are required to submit a registration request and obtain an electronic filing login and password from the Clerk's Office. The registration forms and electronic filing policies are available on the court's website at www.ctd.uscourts.gov/cmecf.**

**FOR THE COURT
ROBERTA D. TABORA, CLERK**

**Rev 10/23/15**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CRIMINAL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents (including briefs and exhibits) relating to the following:

a. Motions to dismiss;
b. Motions to suppress;
c. Requested jury instructions;
d. Motions to modify presentence reports;
e. Sentencing memoranda;
f. Trial briefs; and
g. Any other motion, request or application which, taken together with all related filings (e.g., memorandum in support and affidavits), are in excess of 15 pages.

Pleadings shall be filed in Arial 12 point font (in bold).

It is so ordered.

_____/S/_____
Vanessa L. Bryant
United States District Judge