AO 83 (Rev. 3/11) (CT Rev 10/15) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:16cr22 VLB |
| Jeremy S Bates | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

| Place: Honorable Vanessa L. Bryant, U.S.D.J. 450 main Street Hartford, Connecticut, 06103 | Courtroom No.:   #3 |
|---|---|
| | Date and Time:   5/16/16, at 2:00 PM |

This offense is briefly described as follows:
On March 30, 2015, Mr. Bates robbed the Santander Bank located Southbridge, Massachusetts. On March 31, 2015, he was arrested and charged with this crime. On January 26, 2016, he appeared in Worcester Superior Court, Worcester, Massachusetts under Docket No.: 2015CR-368, and was sentenced to not less than 8 years, not more than 10 years, having previously plead guilty to Robbery Armed while Masked.

Date:   May 9, 2016

_____
Issuing officer's signature

_____
Angela Blue, Deputy Clerk
Printed Name and Title

I declare under penalty of perjury that I have:

☐ Executed and returned the summons          ☐ Returned the summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title