3:16CR22(VLB)

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, MCI CEDAR JUNCTION, 111 DEDHAM STREET, NORFOLK, MASSACHUSETTS, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,**

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of said JEREMY S. BATES (Inmate No. W107542), now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said JEREMY S. BATES, before the Honorable Vanessa L. Bryant, United States District Judge, United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on May 23, 2016 at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said JEREMY S. BATES for violation of supervised release. Immediately after said presentment the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said JEREMY S. BATES, to the Warden, MCI Cedar Junction, 111

Dedham Street, Norfolk, Massachusetts, for safe and secure conduct.

ROBERTA TABORA, CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
dated at Hartford, Connecticut,
this /0 day of May, 2016.

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By_____
Deputy Clerk

/S/ Judge Robert N. Chatigny

ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2016 MAY 11  A 9:38
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 3:16CR22(VLB) |
| JEREMY S. BATES | : | May 10, 2016 |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Brian P. Leaming, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On May 23, 2016, at 10:00 a.m., there will come before the Honorable Vanessa L. Bryant, United States District Judge, at 450 Main Street, Hartford, Connecticut, the criminal case of <u>United States v. Jeremy S. Bates</u>, Criminal Number 3:16CR22(VLB)

2. That the above named defendant, Jeremy S. Bates (Inmate No. W107542), is charged with violation of supervised release.

3. That the said Jeremy S. Bates is now confined at MCI Cedar Junction, 111 Dedham Street, Norfolk, Massachusetts.

4. That the said Jeremy S. Bates should be presented before said District Court of the United States, District of Connecticut, at said

time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, MCI Cedar Junction, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Jeremy S. Bates (Inmate No. W107542) at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on May 23, 2016 at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct16705
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101