UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  3:16CR22(VLB) |
| | : | |
| v. | : | |
| | : | |
| JEREMY SHANE BATES | : | |
| | : | MAY 12, 2016 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as co-counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on the 12th day of May, 2016.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/

By:   BRIAN P. LEAMING
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct16075
450 Main Street, Rm. 328
Hartford, CT   06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Brian.Leaming@usdoj.gov

2

## C E R T I F I C A T I O N

I hereby certify that on May 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
_____
Brian P. Leaming
Assistant U.S. Attorney