UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:16CR22(VLB) |
| JEREMY BATES | : May 22, 2016 |

### MEMORANDUM RE:  REVOCATION HEARING

    The defendant, Jeremy Bates, respectfully submits this short memorandum as an aid for the Court for the revocation hearing scheduled for May 23, 2016.  This memorandum is intended to alert the Court as to the position Mr. Bates will take at his hearing.  While defense counsel does not like to file memoranda so close to a hearing, counsel was informed for the first time that Mr. Bates was received at the Wyatt Detention Facility from out of district at midday on Wednesday, and due to scheduling conflicts, counsel was not able to meet with Mr. Bates until Sunday, May 22, 2016.

    Mr. Bates committed a bank robbery in Massachusetts while on supervised release in Connecticut.  He was

sentenced there to not less than 8 years and not more than 10 years.  The statutory maximum penalty he faces for this violation of supervised release is 2 years.  His sentencing guidelines suggest a sentence in the range of 24-30 months, but the guidelines cannot exceed the statutory maximum.  Consequently, his guidelines and his statutory maximum are both 24 months.

Because he has robbed banks before and because he was on supervised release for bank robbery when he committed the bank robbery in Massachusetts, Mr. Bates fully expects that the sentence this Court will impose will be consecutive to the Massachusetts sentence he is serving.  Mr. Bates regrets his conduct.  He is prepared at the hearing on May 22, 2016 to admit his violation conduct and to receive his sentence.

He respectfully asks the Court to consider that he is a troubled person who made efforts while on supervision to get better.  He has been diagnosed as bipolar.  He participated in a mental health/substance abuse program in Danielson for more than a year.  During his term of supervision, he was

hospitalized three times for suicidal ideation.  He also was hospitalized three times for alcohol detoxification.  He tried to maintain employment, and as the Probation Office's report notes, he was employed more often than not.  He did report as directed to his officer, and he submitted urine tests that were free from narcotics or other drugs throughout his term of supervision.  Finally, he enrolled in the online University of Phoenix and completed one and one half semester's worth of credits.

In light of his efforts and his problems, he respectfully asks the Court to (1) impose a 20 month sentence consecutive to the state sentence he is serving;  (2) impose a mental health counseling condition on any additional term of supervised release that the Court may impose.

                                       **Respectfully Submitted,**

                                       **THE DEFENDANT,**
                                       **Jeremy Bates**

                                       **FEDERAL DEFENDER OFFICE**

**Date: May 22, 2016**               <u>/s/ Terence Ward</u>
                                       **Federal Defender**
                                       **10 Columbus Blvd, 6th FL**
                                       **Hartford, CT 06106**
                                       **Phone: (860) 493-6260**
                                       **Bar No.: ct00023**
                                       **Email: terence_ward@fd.org**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2016, a copy of the foregoing memorandum re: revocation hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               /s/ Terence Ward
                               Terence Ward